```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
SOTER TECHNOLOGIES, INC.,                             :
:
                Plaintiff,             :
:    20-cv-5007 (LJL)
     -v-                                                   :
:    ORDER
IP VIDEO CORP., et. al.,                              :
:
                Defendant.             :
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A conference was held today to discuss the parties' positions with respect to conversion of the Temporary Restraining Order currently in effect ("TRO", Dkt. No. 28) into a Preliminary Injunction, and to discuss Defendant's intention to file a motion to dismiss the Amended Complaint. IT IS HEREBY ORDERED that the parties shall meet and confer, and by 5:00 p.m. on Wednesday, July 15, 2020 shall file on ECF a joint letter informing the Court: (1) whether the parties consent to converting the restraints set forth in the TRO to a Preliminary Injunction, subject to vacating the disputed findings identified in the parties' joint letter (Dkt. No. 36); and (2) whether the parties consent to a more accelerated schedule for briefing Defendants' proposed motion to dismiss than the schedule proposed in the joint letter. (Dkt. No. 36.)

SO ORDERED.

Dated: July 13, 2020                          _____
       New York, New York                         LEWIS J. LIMAN
                                                 United States District Judge