

WENDY R. STEIN
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2043 Fax: (212) 554-9645
wstein@gibbonslaw.com

August 6, 2020

**VIA ECF**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

    Re: *Soter Technologies, LLC v. IP Video Corporation, et al.,*
        Civ. No. 20-CV-05007(LJL) (S.D.N.Y.)

Dear Judge Liman:

We represent Plaintiff Soter Technologies, LLC ("Plaintiff") in the above-captioned matter. We write pursuant to Your Honor's Individual Rules 1(B) and (C) to respectfully request an adjournment of the preliminary injunction hearing currently scheduled for October 7, 2020.

Based on Defendants' interrogatory responses and Defendants' document production to date, Plaintiff agrees to withdraw its request to convert TRO Restraint #2 to a preliminary injunction. Specifically, from discovery to date, it appears that Defendants' representation regarding compatibility was limited to a single matter and there have not been such representations in other instances. Consequently, Plaintiff concludes that at this time there is not an imminent threat that similar representations will be made to other potential customers.

Based on such withdrawal, the parties have agreed to cancel expedited discovery depositions, briefing on conversion of Restraint #2 to a PI and the hearing regarding the same.

The parties continue to work on briefing Defendants' motion at ECF 57, which motion will be fully briefed by August 31, 2020.

Respectfully Submitted,

*Wendy R. Stein*

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

MEMORANDUM ENDORSED. The preliminary injunction hearing currently scheduled for October 7, 2020 is CANCELLED, as is the expedited discovery and briefing referred to herein. SO ORDERED.

8/11/2020