```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020
```

------------------------------------------------------------------X
                                                                  :
SOTER TECHNOLOGIES, INC.,                                         :
                                                                  :
                Plaintiff,                                       :
                                                                  :       20-cv-5007 (LJL)
      -v-                                                         :
                                                                  :       ORDER
IP VIDEO CORP., et. al.,                                          :
                                                                  :
                Defendant.                                       :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a request to file under seal nine pages of documents produced to a third party.  *See* Dkt. No. 67.  Plaintiff did not, however, file the documents in question under seal, as required by Rule 2(G) of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-lewis-j-liman.  The motion is denied without prejudice to reconsideration if Plaintiff complies with Rule G of the Court's Individual Practices.

SO ORDERED.

Dated: August 27, 2020
       New York, New York
                                                             LEWIS J. LIMAN
                                                            United States District Judge